**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:14-CV-193-GCM**

|  |  |  |
|---|---|---|
| **T2 PRODUCTS, LLC,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **ADVANTUS CORP.,** | ) | |
| **Defendant.** | ) | |
| | ) | |

      **THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Kyle C. Jacobs,** filed May 22, 2014 [doc. # 4].

      Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

      In accordance with Local Rule 83.1 (B), Mr. Jacobs is admitted to appear before this court *pro hac vice* on behalf of defendant, Advantus Corp.

      **IT IS SO ORDERED.**

Signed: May 27, 2014

Graham C. Mullen
United States District Judge